<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br><br>DISTRICT OF NEW JERSEY</td></tr>
<tr><td>Case number <em>(if known)</em> _____</td><td>Chapter __11__</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | P. Judge & Sons, Inc. |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 11-1953713 |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **13 Manor Road**<br>**East Rutherford, NJ 07073**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Bergen**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)    **TheJudgeOrg.com**

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **P. Judge & Sons, Inc.**                          Case number (*if known*) _____

     Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    4841

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

---

| Debtor | P. Judge & Sons, Inc. | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

List all cases. If more than 1,
attach a separate list

| Debtor | **See Attachment** | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **P. Judge & Sons, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| Request for Relief, Declaration, and Signatures |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 14, 2025**
              MM / DD / YYYY

**X** **/s/ Patrick Wynne** _____    **Patrick Wynne** _____
Signature of authorized representative of debtor       Printed name

Title   **President** _____

---

**18. Signature of attorney**

**X** **/s/ Turner N. Falk** _____    Date **November 14, 2025**
Signature of attorney for debtor                        MM / DD / YYYY

**Turner N. Falk**
Printed name

**Saul Ewing LLP**
Firm name

**1037 Raymond Blvd.**
**Suite 1520**
**Newark, NJ 07102**
Number, Street, City, State & ZIP Code

Contact phone   **(973)286-6700**          Email address   **turner.falk@saul.com**

_____
Bar number and State

## CORPORATE RESOLUTION
## AUTHORIZING FILING OF BANKRUPTCY PETITION

I, Patrick Wynne, do hereby certify that this Resolution of the Board of Directors of P. Judge & Sons, Inc. (the "Company"), a corporation duly organized and existing under the laws of New Jersey, authorizing the Company to file a voluntary bankruptcy petition was adopted on November 13, 2025.

**WHEREAS**, it is in the best interests of the Company, its creditors, and other interested parties for the Company to file a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**BE IT HEREBY RESOLVED** that the filing of a voluntary bankruptcy petition on the Company's behalf is authorized;

**FURTHER RESOLVED** that Patrick Wynne, President, is authorized to execute all documents necessary for the company to file a voluntary petition under chapter 11 of the Bankruptcy Code, including the voluntary petition and any schedules, lists, affidavits, certifications, or other required papers;

**FURTHER RESOLVED** that Patrick Wynne, President, is authorized to employ Saul Ewing LLP to file a voluntary bankruptcy petition on the Company's behalf and to represent the Company during the bankruptcy case;

**FURTHER RESOLVED** that Patrick Wynne, President, is authorized to retain such other professionals as he or she deems necessary and appropriate to represent, assist, or consult with the Company during the bankruptcy case;

**FURTHER RESOLVED** that Patrick Wynne, President, is authorized to take any other actions necessary to accomplish the purpose of these resolutions; and

**FURTHER RESOLVED** that all acts lawfully done by Patrick Wynne, President, to effectuate the intent of these resolutions are hereby ratified and approved.

*[Remainder of page left intentionally blank]*

Date: November 13, 2025

_____
Signature

_____

Name: Patrick Wynne

_____

Title: President

| Debtor | **P. Judge & Sons, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter __11__

☐  Check if this is an
   amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **Amex Shipping Agent, Inc.** | Relationship to you | **Affiliate** |
|---|---|---|---|
| District | **New Jersey** | When **11/14/25** | Case number, if known | |
| Debtor | **Judge Warehousing, LLC** | Relationship to you | **Affiliate** |
| District | **New Jersey** | When **11/14/25** | Case number, if known | |
| Debtor | **P. Judge & Sons Trucking, LLC** | Relationship to you | **Affiliate** |
| District | **New Jersey** | When **11/14/25** | Case number, if known | |
| Debtor | **Port Elizabeth Terminal & Warehouse Corp.** | Relationship to you | **Affiliate** |
| District | **New Jersey** | When **11/14/25** | Case number, if known | |
| Debtor | **The Judge Organization, LLC** | Relationship to you | **Affiliate** |
| District | **New Jersey** | When **11/14/25** | Case number, if known | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **P. Judge & Sons, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **HARTZ ELIZABETH, INC. 500 Plaza Drive - P.O. Box 1515 Secaucus, NJ 07096-1515** | | **Warehouse Lease** | **Disputed** | | | **$3,567,050.00** |
| **GLC Jersey City LLC C/O GOOD MAN NORTH AMERICA MANAGEMENT LL 3333 MICHELSON DRIVE, SUITE 1050 Irvine, CA 92612** | | **Yard Lease** | | | | **$888,200.00** |
| **RREEF AMERICA REIT CORP YYY 3333 MICHELSON DRIVE, SUITE 1050 Irvine, CA 92612** | | **Warehouse Lease** | | | | **$686,826.00** |
| **MILESTONE EQUIPMENT COMPANY PO BOX 205589 Dallas, TX 75320** | | **Trade Debt** | | | | **$666,308.00** |
| **Prologis Logistics Real Estate 1800 WAZEE STREET SUITE 500 Denver, CO 80202** | | **Warehouse Lease** | | | | **$550,305.00** |
| **F. GREEK BRISTOL PROPERTIES, L.P. 1 KIMBERLY ROAD Suite 105 East Brunswick, NJ 08816** | | **Warehouse Lease** | | | | **$393,177.00** |

| Debtor | **P. Judge & Sons, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SCHNEIDER NATIONAL INC 2567 PAYSPHERE CIRCLE Chicago, IL 60674 | | Trade Debt | | | | $391,187.00 |
| Seagis East Rutherford LLC One Meadowlands Plz. Suite 800 East Rutherford, NJ 07073 | | Warehouse Debt | | | | $337,782.00 |
| MASIS STAFFING PO BOX 823473 Philadelphia, PA 19182 | | Trade Debt | | | | $276,927.00 |
| Warehouse Rentals PO Box 127 Valdosta, GA 31603 | | Warehouse Rentals | | | | $259,637.00 |
| NJ PENSION PLAN LOCAL 1518 RETIREMENT FUND Haledon, NJ 07508 | | Health Insurance | | | | $220,081.00 |
| MURPHY SCHILLER & WILKES LLP 24 COMMERCE STREET 12TH FLOOR Newark, NJ 07102 | | Professional Services | | | | $131,175.00 |
| J.R. TRUCK STOP, INC. PO BOX 185 Thorofare, NJ 08086 | | | | | | $103,624.00 |
| MILESTONE EQUIPMENT COMPANY PO BOX 205589 Dallas, TX 75320 | | Trade Debt | | | | $93,801.00 |
| Century Finance, LLC PO BOX 589 Memphis, TN 38101 | | Trade debt | | | | $83,200.00 |
| Express Services, Inc P.O. Box 945434 Atlanta, GA 30394-5434 | | Trade Debt | | | | $80,793.00 |
| AMERICAN EXPRESS P.O. BOX 1270 Newark, NJ 07101-1270 | | Credit Card | | | | $71,141.00 |

Debtor    **P. Judge & Sons, Inc.**
_____    Case number *(if known)*    _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WASTE MANAGEMENT OF N.J. INC 100 Avenue A Newark, NJ 07114** | | **Trade Debt** | | | | **$62,699.00** |
| **DIRECT CHASSISLINK PO BOX 603061 Charlotte, NC 28260-3061** | | **Trade Debt** | | | | **$60,000.00** |
| **AIG Home-Bristol 2 PIERCE PL SUITE 2100 Itasca, IL 60143** | | **Lease Rent** | | | | **$52,000.00** |

A'Jay Delosangeles
[Address on File]


ADT SECURITY SYSTEMS, INC.
PO BOX 371967
PITTSBURGH, PA 15250-7967


AGCS Marine Insurance Company
30 Congress Street, Suite 101
Saint Albans, VT 05478


AGCS Marine Insurance Company (Allianz)
225 W. Washington Street, Suite 1800
Chicago, IL 60606-3484


AIG Home-Bristol
2 PIERCE PL
SUITE 2100
Itasca, IL 60143


AIG Property Casualty Company
1271 Ave of the Americas, Floor 41
Chicago, IL 60606


Aleeya Tanksley
[Address on File]


Allianz Global Risks US Insurance Compan
225 West Washington Street, Suite 2000
Chicago, IL 60606


Amber Eckman
[Address on File]


AMERICAN EXPRESS
P.O. BOX 1270
Newark, NJ 07101-1270


Andrew J. Castles
[Address on File]


ANGEL'S PAVING & CONCRETE CORP.
751 GREIR AVE
ELIZABETH, NJ 07202

ANTHEM PROPANE EXCHANGE, LLC
PO BOX 981045
BOSTON, MA 02298-1045

Anthony L. Nixon
[Address on File]

Anthony Nixon
[Address on File]

Anthony Pugh
[Address on File]

Anthony Stone
[Address on File]

Antonio Cortes
[Address on File]

ARGOS SOFTWARE
10275 W. HIGGINS ROAD
SUITE 250
ROSEMONT, IL 60018

ARGOS SOFTWARE
PO Box 83409
Chicago, IL 60691-3409

Armando A. Molino
[Address on File]

AssuredPartners of Florida, LLC
DBA: Transportation Insurance Advisors
1485 International Parkway Suite 1031
Lake Mary, FL 32746

ATLANTIC INDUSTRIAL SUPPLY
32 W CHATHAM CT
GARDEN CITY, GA 31408

ATLANTIC WASTE SERVICES
125 B PINE MEADOW DRIVE
POOLER, GA 31322

Auxilior Capital Partners, Inc.
620 West Germantown Pike
Suite 450
Plymouth Meeting, PA 19462


Barbara Judge
[Address on File]


BARCLAY BRAND FERDON
P.O. BOX 341
S. PLAINFIELD, NJ 07080


BENEFIT TAX LINK
122 PARISH DRIVE
WAYNE, NJ 07470


Benjamin F. Amerson
[Address on File]


BESTPASS, INC.
826 WASHINGTON AVENUE
ALBANY, NY 12203


BLACK KNIGHT PUBLISHING
1901 BELMONT LANE
NORTH LAUDERDALE, FL 33068


BOB KESSLER


Brandon J. Wynne
[Address on File]


Brian A. Wynne
[Address on File]


Brian Gruenhagen
[Address on File]


BRIAN WYNNE
166 PINE HILL ROAD
NASHUA, NH 03063

BRISTOL TOWNSHIP
BRISTOL TOWNSHIP BUILDING
2501 BATH ROAD
BRISTOL, PA 19007


C&C MAINTENANCE
700 WATERMARK BLVD
MT. PLEASANT, SC 29464


C. DENTE TOWING & TRUCKING INC.
27 RAYMOND BLVD
NEWARK, NJ 07105


CAMBRIDGE FINANCIAL SERVICES
105 FIELDCREST AVENUE
SUITE 506
EDISON, NJ 08837


Carhonda Albertie
[Address on File]


Carl F. Sarlo
[Address on File]


CAROLINA CASUALTY
PO BOX 639938
CINCINNATI, OH 45263-9938


Cedric Eady
[Address on File]


Century Finance, LLC
PO BOX 589
Memphis, TN 38101


Charles Lamont Bostic
[Address on File]


Charles R. Hartman
[Address on File]


Christopher Cepeda
[Address on File]

Christopher King
[Address on File]


CIESA SHAHINIAN & GIANTOMASI PC
105 EISENHOWER PARKWAY
ROSELAND, NJ 70668


CINTAS #237
CINTAS CORPORATION LOC.237
PO BOX 631025
CINCINNATI, OH 45263-1025


City of Savannah
132 E. Broughton Street, PO Box 1968
Savannah, GA 31402


COASTAL INDUSTRIAL EQUIPMENT LLC
1121 uemac rd.
JACKSONVILLE, FL 32254-2793


Colin McKeon
[Address on File]


COMCAST
PO BOX 70219
PHILADELPHIA, PA 19176-0219


CONSOLIDATED CHASSIS MANAGEMENT LLC
PO BOX 737533
DALLAS, TX 75373-7533


CT Corporation System, as Representative


CULLIGAN QUENCH
PO BOX 735777
DALLAS, TX 75373-5777


CUSTOM BANDAG INC.
401 E. LINDEN AVE.
LINDEN,, NJ 07036


Danilo E. Martinez
[Address on File]

DE LAGE LANDEN FINANCAIL SERVICES, INC.
1111 Old Eagle School Road
Wayne, PA 19087


DE LAGE LANDEN FINANCAIL SERVICES, INC.
PO BOX 825736
PHILADELPHIA, PA 19182-5736


DE LAGE LANDEN FINANCIAL SERVICES, INC.
PO  BOX 41602
PHILADELPHIA, PA 19101-1602


Derwood L. Grant
[Address on File]


Deshante N. Blidge
[Address on File]


Dilfredo Lorente
[Address on File]


Dionosio Hernandez
[Address on File]


DIRECT CHASSISLINK
PO BOX 603061
Charlotte, NC 28260-3061


Donald Hawkins
[Address on File]


Donald P. Hawkins
[Address on File]


Dorian Edmond
[Address on File]


DORSEY TIRE COMPANY
ATTN: AR DEPARTMENT
PO BOX 1387
SAVANNAH, GA 31402

EAST COAST DOCK & DOOR
345 HIGHWAY 9 SOUTH
SUITE # 266
MANALAPAN, NJ 07726


EASTERN LIFT TRUCK CO., INC.
P.O. BOX 307
MAPLE SHADE, NJ 08052


Edgar E. Hempfleng
[Address on File]


EIDL


Eliseu J. Dos Santos
[Address on File]


ELLIS PAINTER RATTERREE & ADAMS LLP
P.O. BOX 9946
SAVANNAH, GA 31412


Endurance American Specialty Insurance
Great Lakes General Agency Inc
761 BETA DR Suite V
Cleveland, OH 44143


Endurance American Specialty Insurance C
761 BETA Drive, Suite V
Cleveland, OH 44143


Erin E. Judge
[Address on File]


Erin L. Cook
[Address on File]


EXPRESS EMPLOYMENT PROFESSIONALS
P.O. BOX 945434
ATLANTA, GA 30394-5434


Express Services, Inc
P.O. Box 945434
Atlanta, GA 30394-5434

F&S TIRE CORP., INC
58 BRUNSWICK AVENUE
EDISON, NJ 08817


F. GREEK BRISTOL PROPERTIES, L.P.
1 KIMBRELY ROAD
Suite 105
East Brunswick, NJ 08816


Fallon Grant
[Address on File]


Federal Express Corporation
P.O. Box 371461
Pittsburgh, PA 15250-7461


FEDEX
PO BOX 371461
PITTSBURGH, PA 15250-7461


Felix Ramon Diaz
[Address on File]


Fernanco J. Dias
[Address on File]


Fernanco Salinas
[Address on File]


First Business Growth Funding,
a div. of First Business Capital Corp.
2400 East Devon Ave.
Des Plaines, IL 60018


First Business Specialty Finance, LLC
Laurie A. Martin Montplaisir
Krieg DeVault LLP
200 S. Wacker Drive Suite 600
Chicago, IL 60606


FIRST INSURANCE FUNDING CORP.
PO BOX 7000
CAROL STREAM, IL 60197-7000

```
FORTA, LLC
PO BOX 735324
CHICAGO, IL 60673-5324


Fredrick Dwayne Cobbs
[Address on File]


Gabriel F. Tavares
[Address on File]


Gary Brown
[Address on File]


Gary J. Cooper
[Address on File]


Georgia Deparment of Revenue
2595 Century Parkway, NE
Atlanta, GA 30345-3173


GEORGIA POWER
96 ANNEX
ATLANTA, GA 30396


Gerald Harmon
[Address on File]


Geronimo Jiminez
[Address on File]


GLC Jersey City LLC
C/O GOOD MAN NORTH AMERICA MANAGEMENT LL
3333 MICHELSON DRIVE, SUITE 1050
Irvine, CA 92612


Glenn R. Gary
[Address on File]


Great American Alliance Insurance Compan
301 East 4th Street
Cincinnati, OH 45202
```

GREAT AMERICAN INSURANCE CO.
PO BOX 89400
SPECIALITY ACCOUNTING
CLEVELAND, OH 44101-6400


Greek Real Estate Properties
1 Kimberly Road
Suite 105
East Brunswick, NJ 08816


GREENBAUM ROWE SMITH & DAVIS LLP
METRO CORPORATE CAMPUS ONE
PO BOX 5600
WOODBRIDGE, NJ 07095-0988


Griselle Vasquez
[Address on File]


HALE TRAILER BRAKE & WHEEL, INC.
PO BOX 1400
VOORHEES, NJ 08043


Harco National Insurance Company Foray
3060 Peachtree Rd Suite 300
Brooks, GA 30205


Hartwell Insurance Company
1222 Demonbreun Street, Suite 1201
Nashville, TN 37203


HARTZ ELIZABETH, INC.
500 Plaza Drive - P.O. Box 1515
Secaucus, NJ 07096-1515


Henry E. Diekman
[Address on File]


HILL RIVLINS LLP
45 BROADWAY
SUITE 1500
NEW YORK, NY 10006-3793


HIRERIGHT SOLUTIONS INC.
PO BOX 847891
DALLAS, TX 75284-7891

HYG FINANCIAL SERVICES, INC.
PO Box 35701
Billings, MT 59107


INTEGRITY STAFFING SOLUTIONS
PO BOX 713870
PHILADELPHIA, PA 19171-3870


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


J.J. Keller & Associates Inc.
PO Box 735492
Chicago, IL 60673-5492


J.R. TRUCK STOP, INC.
PO BOX 185
Thorofare, NJ 08086


Jack Callahan
[Address on File]


Jamal C. Williams
[Address on File]


Jason H. Mann
[Address on File]


Jeffrey Catania
[Address on File]


Jenna L. Roberts
[Address on File]


Jenna Roberts
[Address on File]


Joan Franov
[Address on File]

JOHNNY ICEMAN TRUCKING
PO BOX 7073
NORTH ARLINGTON
NJ, 7031


JOHNSON CONTROLS SECURITY SOLUTIONS
PO BOX 371967
PITTSBURGH, PA 15250-7967


Jonathan Ortega
[Address on File]


Jorge Cabrera
[Address on File]


JOS. A MAJKA & SONS, INC.
PO BOX 783
CLIFTON, NJ 07015


Jose A. Sorto
[Address on File]


Jose E. Amaya
[Address on File]


Jose L. Lainez
[Address on File]


Jose M. Hernandez
[Address on File]


Jose Martinez
[Address on File]


Jose P. Amaya
[Address on File]


Joseph Casseus
[Address on File]


Joseph Manning Rowland
[Address on File]

JOSEPH ROWLAND


JPMORGAN CHASE BANK , N.A.
Attn: Jamie Dimon, CEO
Legal Papers Served
1414 Woodward Avenue, LA2-7100
Ruston, LA 71270-2015


Juan A. Estevez
[Address on File]


Judes E. Hills, Jr.
[Address on File]


JUDGE WAREHOUSING, LLC
400 Expansion Blvd
Chattanooga, TN 37401


Julian A. Boxill
[Address on File]


Julian Escalera
[Address on File]


KEY MATERIAL HANDLING
4606 THIRD AVENUE
BROOKLYN, NY 11220


Kim Tapley
[Address on File]


Kirk D. Moore
[Address on File]


Krishna R. Phagoo
[Address on File]


LAROE, WINN, MOERMAN & DONOVAN
1250 CONNECTICUT AVENUE, NW
SUITE 200
WASHINGTON, DC 20036

Laura L. Chessher
[Address on File]


Laura L. Hunt
[Address on File]


Leah R. Jackson
[Address on File]


LeaseCrunch LLC
PO Box 201610
Dallas, TX 75320-1610


Louis L. Reese
[Address on File]


Luis Miguel Rodrigues
[Address on File]


Lynn Hunt
[Address on File]


Marcial Rosa Orellana
[Address on File]


Marcus Allen
[Address on File]


Marcus Robinson
[Address on File]


MARLIN LEASING CORPORATION
PO BOX 13604
PHILADELPHIA, PA 19101-3604


Marshcat LLC
743 Harbor View Rd.
Charleston, SC 29412


MASIS STAFFING
PO BOX 823473
Philadelphia, PA 19182

Massachusetts Department of Revenue
100 Cambridge Street
Boston, MA 02204


MATERIAL HANDLING INC.
PO BOX 1045
DALTON, GA 30722


Max Antonio Campos Diaz
[Address on File]


Maya Rofman
[Address on File]


MAZARS USA LLP
60 CROSSWAYS PARK DRIVE WEST
SUITE 301
WOODBURY, NY 11797


MCCABES EAST COAST FORKLIFTS LLC
221 CREEK ROAD
BELLWARW, NJ 08031


MCMANIMON, SCOTLAND & BAUMANN, LLC
75 LIVINGSTON AVENUE
ROSELAND, NJ 07068


Med One Capital Funding, LLC
10712 S. 1300 E.
Sandy, UT 84094


MEDITERRANEAN SHIPPING COMPANY (USA) INC
PER DIEM DEPT
700 WATERMARK BLVD
MT. PLEASANT, SC 29464


Michael A. Fenimore
[Address on File]


Michael Wynne
[Address on File]


Michael Wynne, Jr.
[Address on File]

Miguel A. Tomayo
[Address on File]


MIKE MORROW
316 PROSPECT AVE
CRANFORD, NJ 07016


MILESTONE EQUIPMENT COMPANY
PO BOX 205589
Dallas, TX 75320


Moses B. Easter
[Address on File]


MURPHY SCHILLER & WILKES LLP
24 COMMERCE STREET
12TH FLOOR
Newark, NJ 07102


Mustafa Cottino
[Address on File]


National Union Fire Insur. Co./PA
1271 Ave of the Americas FL 41
New York, NY 10020


National Union Fire Insurance Company
1271 Ave of the Americas, Floor 41
New York, NY 10020


NAVITAS CREDIT CORP
PO BOX 935204
ATLANTA, GA 31193-5204


New Jersey Division of Taxation
3 John Fitch Way, 5th Floor PO Box 245
Trenton, NJ 08695-0245


New York City Department of Finance
Correspondence Unit
1 Centre Street, 22nd Floor
New York, NY 10007

New York State Department of Taxation an
Harriman Campus Rd
Albany, NY 12227


NEWLANE FINANCE COMPANY
PO BOX 63044
NEWARK, NJ 07101-8065


Nicomedes Cabrera
[Address on File]


NJ E-ZPASS VIOLATION PROC. CTR
P.O. BOX 52005
NEWARK, NJ 07101-8205


NJ PENSION PLAN
LOCAL 1518 RETIREMENT FUND
Haledon, NJ 07508


NORFOLK SOUTHERN RAILWAY
650 W. Peachtree St NW
Atlanta, GA 30308


NORTH AMERICAN CHASSIS POOL
525 Royal Parkway
#290069
Nashville, TN 37229


NORTH NJ TEAMSTERS BEN.PLAN
810 BELMONT AVE.
NORTH HALEDON,, NJ 07508


NYC DEPARTMENT OF FINANCE
66 John Street, Room 104
New York, NY 10038


OCCUPATIONAL HEALTH CENTERS OF NEW JERSE
PO BOX 8750
ELKRIDGE, MD 21075-8750


ONTARIO CREDIT CORPORATION
6730 VIP Parkway
Syracuse, NY 13211

P JUDGE AND SONS
201 A EXPORT ST
PORT NEWARK, NJ 07114


PALLETS-R-US, INC.
555 WOODSIDE AVENUE
BELLPORT, NY 11713


Pam Bondi, US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


Pamela Shelepets
[Address on File]


PASHMAN STEIN, PC
COURT PLAZA SOUTH
21 MAIN STREET, SUITE 200
HACKENSACK, NJ 07601-7054


Patrick Judge IV
[Address on File]


Patrick M. Corbo
[Address on File]


Patrick Wynne
[Address on File]


Pearly J. Whitehall
[Address on File]


PECO ENERGY
PO BOX 37629
PHILADELPHIA, PA 19101-0629


PENN JERSEY DIESEL & TRAILER
2950 STATE ROAD
BENSALEM, PA 19020


Pennsylvania Department of Revenue
PO Box 280507
Harrisburg, PA 17128

Philadelphia Department of Revenue
1401 John F. Kennedy Blvd.
Philadelphia, PA 19102


PHOENIX TRANSLOAD SERVICES
PO BOX 2941
RICHMOND HILL, GA 31324


Pinnacle Business Funding LLC
d/b/a AEC GAP Capital,
One Metrotech Center
Brooklyn, NY 11201


PINTO SERVICE, INC.
PO BOX 554744
DETROIT, MI 48255-4744


PITNEY BOWES CREDIT CORP
PO BOX 981039
BOSTON, MA 02298-1039


PRAXAIR DISTRIBUTION, INC.
PO BOX 382000
PITTSBURGH, PA 15250-8000


PRIME PACKAGING CORP.
1290 METROPLOITAN AVENUE
BROOKLYN, NY 11237


PRINCIPAL LIFE INSURANCE COMPANY
PO BOX 77202
MINNEAPOLIS, MN 55480-7200


Prologis Logistics Real Estate
1800 WAZEE STREET
SUITE 500
Denver, CO 80202


PROLOGIS, L.P.
1800 WAZEE STREET
SUITE 500
DENVER, CO 80202

PSE&G
P.O. Box 14104
New Brunswick, NJ 08906-4444


PSE&G CO
PO BOX 14444
NEW BRUNSWICK, NJ 08906-4444


QUICK BASE JUNKIE
PO BOX 734227
CHICAGO, IL 60673-4227


Rafael H. Gomez
[Address on File]


RamQuip Solutions
520 Talmadge Ave
Savannah, GA 31408


Reflect Health
4900 Parkway Drive
Suite 160
Mason, OH 45040


RELIANCE PARTNERS LLC
605 CHESTNUT ST
SUITE 800
CHATTANOOGA, TN 37450


Reliance Partners LLC.
555 Walnut St Ste 280
Chattanooga, TN 37402


RENAISSANCE CAPITAL ALLIANCE
PO BOX 18065
COLUMBUS, OH 43218-0065


Renan Marquez
[Address on File]


RESOLUTE
5020 HIGHWAY 11 SOUTH
CALHOUN, TN 37309

Reynold Isidor
[Address on File]

Richard Brogan
[Address on File]

Richard Prellwitz
[Address on File]

Richard Walker
[Address on File]

RICHIE'S TIRE SERVICE
107 EGEL AVENUE
MIDDLESEX, NJ 08846

Rigoberto Guevara
[Address on File]

Rinald M. Marczak
[Address on File]

Robert Kessler
[Address on File]

Roberto M. Orellana
[Address on File]

Roberts Oxygen Co., Inc.
PO Box 5507
Rockville, MD 20855

Ronald Clerge
[Address on File]

Ronald S. Fourre
[Address on File]

Rosalina Colon
[Address on File]

Rose Marie Wilson
[Address on File]


Rosemarie A. Smith
[Address on File]


RREEF AMERICA REIT CORP YYY
3333 MICHELSON DRIVE, SUITE 1050
Irvine, CA 92612


Rreef American Reit II Corp.
PO BOX 209254
Austin, TX 78720-9254


Rubain Desrosiers
[Address on File]


RYDER TRANSPORTATION SERVICES
PO BOX 96723
CHICAGO, IL 60693


RZ TECH PEST CONTROL
100 RYAN ST
BUILDING B SUITE 31
SOUTH PLAINFIELD, NJ 07080


SAMBA HOLDINGS, INC.
DEPT LA 24536
PASADENA, CA 91185-4536


Santiago M. Fregoso
[Address on File]


Santos Guevara
[Address on File]


Sapp's Wrecker Service
176 Godley Rd
Port Wentworth, GA 31407


SCHNEIDER NATIONAL INC
2567 PAYSPHERE CIRCLE
Chicago, IL 60674

SCOPELITIS, GARVIN, LIGHT & HANSON
10 WEST MARKET STREET
SUITE 1500
INDIANAPOLIS, IN 46204


Seagis East Rutherford LLC
One Meadowlands Plz.
Suite 800
East Rutherford, NJ 07073


Shelton Hills
[Address on File]


Sherri L. Lowe
[Address on File]


SHRED-IT USA
28883 Network Place
Chicago, IL 60673-1288


SHREDIT NEWARK
28883 NETWORK PLACE
CHICAGO, IL 60673-1288


Shy'Dericka Copeland
[Address on File]


SOS Tire & Auto
115 Kicklighter Way
PO Box 7298
Garden City, GA 31418


SOUTHERN TIRE MART
Dept 143
PO Box 1000
Memphis, TN 38148-0143


STAPLES BUSINESS ADVANTAGE
PO BOX 70242
PHILADELPHIA, PA 19176-0242


STARPOINT PROTECTIVE SERVICES, LLC
PO BOX 217
UNION, NJ 07083

Sterling Beauchamp
[Address on File]


Steven E. Burrows
[Address on File]


Steven Jackson
[Address on File]


Stevon D. Barnes
[Address on File]


SUBURBAN PROPANE
PO BOX J
WHIPPANY, NJ 07981


SUNBELT RENTALS, INC.
PO BOX 409211
ATLANTA, GA 30384-9211


SUPERIOR DISTRIBUTORS
4 MIDLAND AVENUE
ELMWOOD PARK, NJ 07407


T-MOBILE
PO BOX 742596
CINCINNATI, OH 45274-2596


Tarriq Scott
[Address on File]


TAYLOR BERRIEN LLC
1832 WALTHOUR RD
SAVANNAH, GA 31410


TEAMSTERS LOCAL 11 PENSION FUND
810 BELMONT AVENUE
SUITE 100
NORTH  HALEDON, NJ 07508-2396


TEAMSTERS NATIONAL 401(K) SAVINGS PLAN
GEM GROUP FUND ADMINISTRATIO
1200 THREE GATEWAY CENTER
PITTSBURGH, PA 15222

TEAMSTERS UNION LOCAL 11
810 BELMONT AVE
SUITE 200
N. HALEDON, NJ 07508-2396


The Burlington Insurance Company
c/o FSKS
6 Campus Drive, Sut 304
Parsippany, NJ 07054


The Huntington National Bank
Attn: Stephen D. Steinour, CEO
1405 Xenium Lane North
Minneapolis, MN 55441


Tiffany Sicco
[Address on File]


Timothie Conover
[Address on File]


TMW SYSTEMS
PO BOX 203455
DALLAS, TX 75320-3455


TOLLS BY MAIL
PAYMENT PROCESSING CENTER
PO BOX 15183
ALBANY, NY 12212-5183


Torres V. Berrien
[Address on File]


TOSHIBA BUSINESS SOLUTIONS
PO BOX 418600
BOSTON, MA 02241-8600


TOSHIBA FINANCIAL SERVICES
PO BOX 790448
ST LOUIS, MO 63179-0448


TOSHIBA GREATAMERICA FINANCIAL SVCS
PO BOX 660831
DALLAS, TX 75266-0831

Toyota Industries Commercial Finance Inc
PO Box 9050
Coppell, TX 75019-9050


TRAC INTERMODAL
C/O US BANK
PO BOX 952064
ST. LOUIS, MO 63195-2064


TRAILER DOCTOR SERVICES INC.
1040 W. FULLERTON AVE
ADDISON, IL 60101


TRANSFORCE
PO BOX 69250
BALTIMORE, MD 21264-9250


TREND INTERMODAL CHASSIS LEASING LLC
78 John Miller Way
Suite 417
Kearny, NJ 07032


TRIANGLE CONSULTING GROUP
PO BOX 5169
BASKING RIDGE, NJ 07920


TRUCK LEASE CONSULTING
32 BUTTONWOOD PLACE
SWEDESBORO, NJ 08085


U.S. Small Business Administration
2 North 20th Street, Suite 320
Birmingham, AL 35203


ULINE
PO BOX 88741
CHICAGO, IL 60680-1741


UNIFIRST CORPORATION
PO BOX 650481
DALLAS, TX 75265-0481


UNIFRIST CORPORATION
54 S. JEFFERSON ROAD
WHIPPANY, NJ 07981

Upland Specialty Insurance Company
5050 Quorum Drive, Suite 700, Unit #473
Dallas, TX 75254


US Attorney
970 Broad St # 806
Newark, NJ 07102


VECTOR SECURITY
PO BOX 531687
ATLANTA, GA 30353


Veolia Water New Jersey
PO Box 371804
Pittsburgh, PA 15250


VERIZON
PO BOX 660748
DALLAS, TX 75266-0748


VERIZON WIRELESS
P.O. BOX 489
NEWARK, NJ 07101-0489


Wachovia Bank National Association
Commercial Loan Services Dept. NC 6038
PO Box 2705
Winston Salem, NC 27199-8182


Warehouse Rentals
PO Box 127
Valdosta, GA 31603


WAREHOUSE REPAIR SOLUTIONS LLC
PO Box 7231
Savannah, GA 31418


WASTE MANAGEMENT OF N.J. INC
100 Avenue A
Newark, NJ 07114


WASTE MANAGEMENT OF PA INC
WASTE MANAGEMENTNORTH
P.O. BOX 13648
PHILADELPHIA, PA 19101-3648

```
WEISERMAZARS LLP
PO BOX 200870
DALLAS, TX 75320-0870


Wells Fargo Bank, Credit Management Grp.
Attn: Charles W. Scharf, CEO
190 River Road
Summit, NJ 07901


William A. Martinez
[Address on File]


WILLIAMS SCOTSMAN, INC.
P.O. BOX 91975
CHICAGO, IL 60693-1975


XTRA LEASE LLC
PO BOX 219562
KANSAS CITY, MO 64121-9562


Yakema Marlin
[Address on File]


Yancey Bros. Co
Drawer CS 198757
Atlanta, GA 30384-8757


Yvonne Sharper
[Address on File]
```

# United States Bankruptcy Court
### District of New Jersey

In re    **P. Judge & Sons, Inc.**

Debtor(s)

Case No. _____

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **P. Judge & Sons, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 14, 2025**

Date

**/s/ Turner N. Falk**

**Turner N. Falk**

Signature of Attorney or Litigant

Counsel for   **P. Judge & Sons, Inc.**

**Saul Ewing LLP**
**1037 Raymond Blvd.**
**Suite 1520**
**Newark, NJ 07102**
**(973)286-6700 Fax:(973) 286-6800**
**turner.falk@saul.com**