UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | | |
|---|---|---|
| Port Elizabeth Terminal & Warehouse Corp. et al. | Case No.: | 25-22123 (Lead Case) |
| Debtor(s) | Adv. No.: | |
| | Judge: | Vincent F. Papalia |
| | Chapter: | 11 |

**ORDER TRANSFERRING CASE(S)**
**TO ANOTHER JUDGE WITHIN THE DISTRICT**

The relief set forth on the following page is hereby **ORDERED**.

The court having noted that transfer to another judge within the District of New Jersey is appropriate, it is

☒ ORDERED that this case, and the related cases outlined below, shall be transferred to the Honorable Vincent F. Papalia by the clerk:

| | | | |
|---|---|---|---|
| 25-22127 | 25-22129 | 25-22130 | 25-22131 |
| 25-22132 | | | |
| | | | |

and it is further

❒ ORDERED that all related adversary proceedings as set forth below shall be transferred to the Honorable ______________________________ by the clerk:

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

*Rev.6/1/06; jml*